# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2018

SEAN F. MCAVOY, CLERK

EMPIRE HEALTH FOUNDATION,
for Valley Hospital Medical Center,

*Plaintiff*

v.

THOMAS E. PRICE, M.D., Secretary
of the United States Department of
Health and Human Services,

*Defendant*

Civil Action No. 2:16-CV-209-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 34, is GRANTED IN PART as to Empire's procedural claims and DENIED IN PART as to Empire's substantive claims, SSI-entitlement assessment claim, and Medicare Part C claim. Defendant's Cross-Motion for Summary Judgment, ECF No. 46, is DENIED. Plaintiff's challenge to the validity of the assessment of Medicare Part C days is remanded to the Provider Reimbursement Review Board. The Secretary is to calculate the Plaintiff Hospital's DSH payment for the 2008 fiscal year and to make prompt payment of any additional amounts due to the Plaintiff Hospital plus interest calculated in accordance with 42 U.S.C. §1395oo(f)(2). For the purposes of assessing the Medicare fraction of the disproportionate patient percentage for the Plaintiff Hospital, the Secretary is enjoined from applying the policy adopted in the 2005 Final Rule that unpaid Medicare Part A days are "days entitled to benefits under [Medicare] part A." Judgment is entered for the PLAINTIFF. The Parties will each bear their own costs.

This action was *(check one)*:

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for Summary Judgment, ECF No. 34 and Cross-Motion for Summary Judgment, ECF No. 46.

Date: 8/13/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen